# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| BRIGETTE KIZA, NYIRANGORORE MUKASINI, SOLANGE MUKEMANA, MARIE MUKARURANGWA, and U.G., a minor,<br><br>Plaintiffs,<br>vs.<br>UNIVERSAL INSURANCE, CO., ALL POINTE INSURANCE AGENCY, PAUL ROBERT HOPKINS, I-XX DOES, and AUTO CLUB COMPANY OF FLORIDA,<br>           Defendants. | **Civil No.: 3:19cv136-RJC-DSC** |

## ORDER

**THIS MATTER** comes before the Court on the "Motion[s] for Admission Pro Hac Vice [and Affidavits] [for Hayley Lewis Folmar and TKeyah Gadson]" (documents ## 11-12). For the reasons stated therein, the Motions are granted.

**SO ORDERED.**

Signed: June 5, 2019

David S. Cayer
United States Magistrate Judge