# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Brigitte Kiza, Nyirangorore Mukasini, Solange Mukemana, as lawful guardian ad litem of Minor Child U.G., and Marie Mukarurangwa, <br><br>Plaintiff(s), <br><br>vs. <br><br>Universal Insurance Company, et al <br><br>Defendant(s). | JUDGMENT IN CASE <br><br><br> 3:19-cv-00136-RJC-DSC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2022 Order.

March 7, 2022

Frank G. Johns, Clerk
United States District Court